# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Javier De La Fuente<br><br>_Defendant_ | )<br>)<br>) Case No. 1:12-00005 Judge Haynes<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ Javier De La Fuente,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:2422(b) Inducing a minor to engage in illegal sexual activity (Count 1)
18:2423(b) Traveling in interstate commerce for the purpose of engaging in illicit sexual conduct with a minor (Count 2)

Date: 05/02/2012

_Issuing officer's signature_

City and state: Nashville, Tennessee

Ann E. Schwarz, Criminal Docketing Supervisor
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____.<br><br>Date: _____<br><br>_Arresting officer's signature_<br><br>_Printed name and title_ |