UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:12-00005 |
| ) | WILLIAM J. HAYNES, JR. |
| ) | Chief Judge, U. S. District Court |
| JAVIER DE LA FUENTE ) | |

MOTION FOR LEAVE TO FILE UNDER SEAL

Through counsel, Javier De La Fuente requests that the Court allow him to file, under seal, the attached motion to continue sentencing hearing. In support of this motion Mr. De La Fuente would show the following: the "Administrative Practices and Procedures for Electronic Case Filing (ECF)" requires parties to file a motion seeking leave of court prior to filing any documents electronically under seal. In this case, the document to be filed under seal contains confidential information, and defense counsel therefore requests that it be placed under seal.

Respectfully submitted,

s/ Isaiah S. Gant
ISAIAH S. GANT (BPR #025790)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2014, I electronically filed the foregoing Motion for Leave to File Under Seal with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Lynne Ingram and S. Carran Daughtrey, Assistant United States Attorneys, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ Isaiah S. Gant
ISAIAH S. GANT