UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:12-00005 |
| ) | WILLIAM J. HAYNES, JR. |
| ) | Chief Judge, U. S. District Court |
| JAVIER DE LA FUENTE ) | |

## ORDER RESCHEDULING SENTENCING HEARING

On April 2, 2014, Mr. De La Fuente's motion to continue the sentencing hearing was GRANTED. The sentencing agreement shall be reset for _3:00_ p.m., Wednesday, June 4, 2014.

It is so **ORDERED**.

**ENTERED** this _8_ day of April, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief Judge, United States District Court


Approved:

/s/ Lynne Ingram and S. Carran Daughtrey w/permission
LYNNE INGRAM AND S. CARRAN DAUGHTREY
Assistant U.S. Attorneys
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151
Attorneys for the United States


/s/ Isaiah S. Gant
ISAIAH S. GANT
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203-3805
Telephone: (615) 736-5047
Attorney for Javier de la Fuente