UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:12-00005 |
| | ) WILLIAM J. HAYNES, JR. |
| | ) Chief Judge, U. S. District Court |
| JAVIER DE LA FUENTE | ) |

## AGREED ORDER

This matter came before the Court on June 4, 2014, for sentencing. At said hearing, upon recommendation of counsel, the Court recommended that Mr. De La Fuente be given credit for pretrial custody from the date of June 2012. It now, having been brought to the Court's attention, that pretrial custody in this matter began on January 27, 2012 (as reflected in the Presentence Report), by agreement of the parties, is hereby ORDERED that Mr. De La Fuente be credited for pretrial custody from the date of January 27, 2012.

Enter this the 6th day of June, 2014.

WILLIAM J. HAYNES, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

APPROVED FOR ENTRY:

s/ Isaiah S. Gant
Isaiah S. Gant
Assistant Federal Public Defender

s/ Lynne T. Ingram with permission
Lynne T. Ingram
S. Carran Daughtrey
Assistant United States Attorney