UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | Case No. 1:12-cr-0005 |
| ) | CHIEF JUDGE CRENSHAW |
| JAVIER DE LA FUENTE ) | |

## ORDER SUBSTITUTING RESTITUTION RECIPIENT

Judgment was entered against defendant Javier De La Fuente on June 5, 2014 (Docket Entry No. 49), wherein restitution in the amount of $2,6000.00 was ordered to be paid to the Clerk's Office for distribution to the crime victim Destiny Weirmier.

Based upon information provided to the Clerk's Office and the US Attorney's Office, Destiny Weirmier has since married and changed her last name from Weirmier to Kennedy. She has provided her marriage certificate and driver's licenses that certify the change.

Accordingly, the Judgment in this case is hereby amended to reflect that the name of the restitution recipient is substituted from Destiny Weirmier to Destiny Kennedy.

The Court's authority to substitute the victim's name in the judgment arises from the All Writs Act, 28 U.S.C. § 1651(a), which expressly authorizes a federal court to issue such orders "as may be necessary or appropriate to effectuate and prevent the frustration of orders it has previously issued in its exercise of jurisdiction otherwise obtained."

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE